PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE 4TH DISTRICT IBEW HEALTH FUND, | ) ) ) | |
| | ) | CASE NO.  4:22CV1101 |
| Plaintiff, | ) ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| W.T. LEONE'S TRI-AREA ELECTRIC COMPANY, INC., | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) ) | |

Plaintiff has voluntarily dismissed all claims without prejudice prior to Defendant filing a responsive pleading.  ECF No. 3.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the matter is dismissed.

IT IS SO ORDERED.

July 14, 2022                                     /s/ Benita Y. Pearson
Date                                                  Benita Y. Pearson
                                                         United States District Judge